**H. O. MERREN AND CO., Ltd.,**
Appellant,

v.

**A. H. BELO CORP. et al., Appellees.**

No. 21618.

United States Court of Appeals
Fifth Circuit.

June 21, 1965.

Frank Bezoni, Tampa, Fla., Perkins, Bezoni & Kirwan, Midland, Tex., M. R. Irion, Irion, Cain, Cocke & Magee, Dallas, Tex., for appellant.

Stanley E. Neely, Larry M. Lesh, of Locke, Purnell, Boren, Laney & Neely, Dallas, Tex., for appellees.

Before JONES and WISDOM, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM.

The trial of this case in the district court was free from prejudicial error. We are in accord with the decision reached by that court. H. O. Merren and Co., Ltd. v. A. H. Belo Corp., et al., D.C. N.D.Tex., 228 F.Supp. 515. The judgment of the district court is

Affirmed.

**Cemil KARA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE.**

No. 15162.

United States Court of Appeals
Third Circuit.

Argued June 7, 1965.

Decided June 23, 1965.

Filindo B. Masino, Berk, Masino & Moonblatt, Philadelphia, Pa., for petitioner.

Merna B. Marshall, Asst. U. S. Atty., Philadelphia, Pa. (Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., on the brief), for respondent.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the Board of Immigration Appeals will be affirmed.